UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| COREY NATHANIEL BROWN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MAINTENANCE - DENIS WOODRUFF, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　1:08-cv-1564-SEB-TAB<br>)<br>)<br>)<br>) |

**Entry Discussing Motion for Summary Judgment of Medical Defendants**

**I.**

For the reasons explained in this Entry, the motion for summary judgment of the medical defendants, those being Diana Dickerson, Dr. Kiani, and Dr. Cullinan (dkt 43) is **granted**.

**II.**

The unopposed motion for summary judgment filed by the medical defendants in this civil rights action (dkt 42) is **granted** because the undisputed evidentiary record and the undisputed facts established through such motion establish that they are entitled to judgment as a matter of law. Specifically, that record establishes that none of the medical defendants were deliberately indifferent to the plaintiff's serious medical needs while the plaintiff was confined at the Clinton County Jail during the period relevant to the plaintiff's claims. The absence of a genuine dispute of material fact as to this necessary element to the claim against the medical defendants entitles them to summary judgment. *Celotex Corp. v. Catrett,* 477 U.S. 317, 330 (1986).

**III.**

The ruling in this Entry does not resolve all claims against all parties. No partial final judgment shall issue at this time as to the claims resolved in this Entry.

The medical defendants' motion for summary judgment by summary ruling (dkt 49) is **granted** to the extent consistent with this Entry.

**IT IS SO ORDERED.**

Date: 08/10/2010

　　　　　　　　　　　　　　　　　　　　　　_Sarah Evans Barker_
　　　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution:

Susan E. Cline
LEWIS WAGNER LLP
scline@lewiswagner.com

Geoffrey C. Lambert
LEWIS WAGNER LLP
glambert@lewiswagner.com

John Thomas Roy
TRAVELERS STAFF COUNSEL OFFICE
jroy@travelers.com

Corey Nathaniel Brown
301 E. Walnut Street
Frankfort, IN 46041